# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| WHCF COMFREY GP, INC., a Texas corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMUNITY REVITALIZATION AND DEVELOPMENT CORPORATION (f/k/a SHASTA HOUSING DEVELOPMENT CORPORATION), a California not-for-profit corporation,<br><br>    Defendant. | Case No. 2:22-cv-00982-TLN-DB<br><br>**ORDER *re* STIPULATION TO PERMIT PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT AND SET DEFENDANT'S TIME TO RESPOND** |

Before the Court is Plaintiff WHCF COMFREY GP, INC.'S ("Plaintiff") and Defendant COMMUNITY REVITALIZATION AND DEVELOPMENT CORPORATION'S *Stipulation to Permit Plaintiff to File a First Amended Complaint and Set Defendant's Time to Respond*. Having considered the parties' submission, and upon good cause appearing, the parties' request is GRANTED.

1. To the extent necessary, the Court grants Plaintiff WHCF COMFREY GP, INC., leave to file a First Amended Complaint within twenty-one (21) days of the date of this Order; and

2. Defendant will respond to Plaintiff's First Amended Complaint within twenty-one (21) days thereafter.

**IT IS SO ORDERED.**

DATED: August 3, 2022

Troy L. Nunley
United States District Judge